153 P.3d 476

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 9, 2007**

| | | |
|---|---|---|
| 27504 | Abejon v. State | Affirmed |

**March 14, 2007**

| | | |
|---|---|---|
| 26652 | Hess v. Aloha Airlines, Inc. | Affirmed |
| 26835 | State v. Kalili | Affirmed |

**March 16, 2007**

| | | |
|---|---|---|
| 27795 | State v. Leiato | Affirmed |
| 26642 | Sugarman v. Bews | Vacated and Remanded |

**March 18, 2007**

| | | |
|---|---|---|
| 26327 | State v. Owens | Affirmed |

**March 19, 2007**

| | | |
|---|---|---|
| 27626 | State v. Forbes | Affirmed |
| 26561 | State v. Hulama | Affirmed |

**March 20, 2007**

| | | |
|---|---|---|
| 27773 | Nakamura v. State | Affirmed |
| 27782 | State v. Booth | Affirmed |